NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CIVIX-DDI, LLC,**
*Plaintiff-Appellant,*

v.

**HOTELS.COM GP, LLC AND HOTELS.COM, L.P.,**
*Defendants-Appellees.*

---

2011-1599

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 05-CV-6869, Judge Amy J. St. Eve.

---

**ON MOTION**

---

**O R D E R**

Civix-DDI, LLC (Civix) moves for a stay of the appeal pending decisions by this court in *Akamai Technologies, Inc. v. Limelight Networks, Inc.*, No. 2009-1372 and *McKesson Technologies Inc. v. Epic Systems Corp.*, No. 2010-1291, both currently pending *en banc*. Civix also seeks an extension of time to file its opening brief, to December 19, 2011 and for the response brief of Hotels.com

GP, LLC and Hotels.com, L.P. (collectively Hotels.com) to be extended to February 13, 2012.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for a stay of the appeal remains pending.

(2) The motion for an extension of time is granted. Civix's opening brief is due on or before December 19, 2011. Hotels.com's response brief is due on or before February 13, 2012.

FOR THE COURT

**OCT 1 9 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Raymond P. Niro, Esq.
    Atif N. Khawaja, Esq.

s23

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**OCT 1 9 2011**

**JAN HORBALY**
**CLERK**